UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| EARTON LYNN SMITH | CIVIL ACTION NO. 10-cv-1070 |
| VERSUS | JUDGE S. MAURICE HICKS, JR |
| KEVIN HUMPHREY, ET AL | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment (Doc. 50) is **denied** and Defendants' Motion for Summary Judgment (Doc. 47) is **granted**, resulting in the dismissal of all of Plaintiff's claims with prejudice.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 31st day of May, 2012.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE